UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Jackie E. Thompson
    Plaintiff

V.                                                    CA06-232S

Jo Anne B. Barnhart
    Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on December 4, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b) (1). No objection having been filed, the Commissioner's Motion for an Order Affirming the Decision of the Commissioner be Granted and that the Plaintiff's Motion to Reverse Decision of the Commissioner be Denied.

BY ORDER:

/s/ Baldwill
DEPUTY CLERK

ENTER:

/s/ WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 12/28/06